COMMONWEALTH of Kentucky, Appellant,

v.

James C. JOHNSON, Appellee.

COMMONWEALTH of Kentucky, Appellant,

v.

Leroy HAYDEN et al., Appellees.

Court of Appeals of Kentucky.

Aug. 27, 1974.

Rehearings Denied Nov. 15, 1974.

Ed W. Hancock, Atty. Gen., Carl Miller, Asst. Atty. Gen., Frankfort, for appellants.

E. W. Rivers, Paducah, for appellees.

Memorandum Opinion of the Court by Justice STEPHENSON, Reversing.*

Charles L. DENNIS and Rita M. Dennis, Appellants,

v.

Linda Joyce BRIGHT, Appellee.

Court of Appeals of Kentucky.

Oct. 11, 1974.

John W. Bland, Jr., Lewis & Bland, Elizabethtown, for appellants.

James M. Collier, Collier, Arnett, Coleman & Cooper, Elizabethtown, for appellee.

Memorandum Opinion of the Court by Commissioner CATINNA, Affirming.*

Barbara J. SMITH, Appellant,

v.

JOHN R. COPPIN COMPANY, Appellee.

Court of Appeals of Kentucky.

Oct. 11, 1974.

Louis W. Gorman, Covington, for appellant.

Robert C. Cetrulo, Covington, for appellee.

Memorandum Opinion of the Court by Special Commissioner E. SKILES JONES, Affirming.*

SINCLAIR REFINING CO., now Atlantic Richfield Co., Appellant,

v.

B. E. BILLINGS, Administrator of the Estate of George W. Billings, Deceased, Appellee.

Court of Appeals of Kentucky.

Oct. 11, 1974.

D. L. Pendleton, Jr., Stanton, Michael A. Rowady, Winchester, for appellant.

John L. Cox, Jr., Stanton, for appellee.

Memorandum Opinion by Special Commissioner GEORGE E. BARKER, Affirming.*

* Opinion ordered not to be published.